161 A.3d 766

NICHOLAS C. SPATAFORE, PLAINTIFF-PETITIONER, v. WELLS FARGO BANK, N.A., DEFENDANT-RESPONDENT. WELLS FARGO BANK, N.A., PLAINTIFF, v. NICHOLAS C. SPATAFORE, DEFENDANT.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3448/4265–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

161 A.3d 766

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ABDIEL F. AVILA, DEFENDANT-PETITIONER.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002598–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.